# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156602

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

VICKI RENEE DICKINSON,
      Defendant-Appellant.

SC: 156602
COA: 332653
Branch CC: 14-101331-FH

_____/

On order of the Court, the application for leave to appeal the August 15, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018



Clerk

s0321